No. 53192.—American Leather Mfg. Co. et al. v. United States, protests 127803–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53193.—Corona Trading Co. et al. v. United States, protests 134946–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53194.—Dangkai Trading Co. et al. v. United States, protests 142087–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53195.—Abraham & Straus, Inc., et al. v. United States, protests 143206–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53196.—Kachurin Drug Co. et al. v. United States, protests 144659–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53197.—Artmart Linen Co., Inc., et al. v. United States, protests 146017–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53198.—Bien Trading Co., Inc., et al. v. United States, protests 146483–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.